

**FILED**

JUL 19 2018

Clerk, U.S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| FARM CREDIT LEASING SERVICES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>CLINTON RAY MULLIN, JR.,<br><br>Defendant. | CV 18–71–BLG–DWM<br><br>ORDER |

Defendant Clinton Ray Mullin, Jr. filed a Suggestion of Bankruptcy, providing notice that he has filed a petition for bankruptcy, Cause No. 18-60691-12. (Doc. 33.) He states that his petition operates as an automatic stay of all claims stated in the underlying complaint in this case.

Based on the filing of the bankruptcy petition, IT IS ORDERED that this case is STAYED. 11 U.S.C. § 362. The bench trial set for March 18, 2019, and all related deadlines are VACATED. There are no pending motions in the case.

IT IS FURTHER ORDERED that the parties must provide the Court with a status report on the progress of the bankruptcy proceeding by every February 1 and

1

August 1 going forward. Additionally, Plaintiff shall file a status report within thirty (30) days of the conclusion of the bankruptcy case.

DATED this 19th day of July, 2018.

*signature* 12:10 P.M.

Donald W. Molloy, District Judge
United States District Court