IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FARM CREDIT LEASING SERVICES CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> CLINTON RAY MULLIN, JR., <br><br> Defendant. | CV 18–71–BLG–DWM <br><br> ORDER and JUDGMENT |

Having reviewed the joint motion to enter judgment, (Doc. 48), along with Defendant's executed Confession of Judgment attached thereto, (Doc. 48-1);

IT IS ORDERED, ADJUDGED AND DECREED:

(1) The motion to vacate (Doc. 48) is GRANTED. The January 26, 2021 bench trial and all associated deadlines are VACATED.

(2) Judgment is entered in favor of the Plaintiff FARM CREDIT LEASING SERVICES CORPORATON against Defendant CLINTON RAY MULLIN, JR. in the amount of One Hundred Fourteen Thousand Nine Hundred Fifteen Dollars and 86 Cents ($114,915.86), plus Plaintiff's reasonable attorney fees in such amount as allowed by the Court upon later application of the Plaintiff, said money judgment to bear interest at the federal judgment rate;

1

(3)     Judgment is entered that Plaintiff be put into possession of a 2015 Riteway Heavy Harrow, Model 7178, serial number 16811543 and a 2016 Riteway Roller, Model F350NT, serial number 16-2724 (hereinafter the "Equipment") currently in the possession of Defendant or those claiming under him. Concurrently with the entry of this Judgment, the Court is issuing and entering an Order of seizure and writ of assistance directing the United States Marshal, or any other authorized law enforcement officer, to remove the Equipment from the possession of the Defendant or from the possession of any other person in possession or control thereof and to put Plaintiff or its appointed agents in possession of the equipment forthwith;

(4)     Plaintiff may file this Judgment with the courts of the state of Montana pursuant to Mont. Code Ann., § 25–9–303 and/or with the courts of any other state and seek issuance of process, writs of execution or writs of assistance of duly authorized state law enforcement officers to put Plaintiff in possession of the Equipment or otherwise to enforce and collect this Judgment.

DATED this  19th day of January, 2021.

_____  10:27 AM
Donald W. Molloy, District Judge
United States District Court